AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| DUCHARME SEATING INTERNATIONAL 1991, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> SERIES USA, LLC and SERIES, LLC., <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-21439-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SERIES LLC
UNITED STATES REGISTERED AGENTS, INC.
9300 S. Dadeland Blvd
Ste 600
Miami, FL 33156


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan L. Raines
Raines Legal
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 18, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DUCHARME SEATING INTERNATIONAL 1991, Inc. *Plaintiff(s)* v. SERIES USA, LLC and SERIES, LLC., *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:24-cv-21439-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SERIES USA, LLC
UNITED STATES REGISTERED AGENTS, INC.
9300 S. Dadeland Blvd
Ste 600
Miami, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan L. Raines
Raines Legal
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 18, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts